UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**R. M. BUSH & COMPANY,**

    **Plaintiff,**

    v.

**NATIONWIDE MUTUAL INSURANCE COMPANY,**

    **Defendant.**

**Case No. 2:24-cv-4311**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court on Defendant Nationwide Mutual Insurance Company's Motion to Stay Briefing of Plaintiff's Motion to Vacate or Modify Arbitration Award. (ECF No. 19.) Plaintiff R. M. Bush filed a Complaint (ECF No. 1) and a Motion to Vacate or Modify Arbitration Award. (ECF No. 3.) Nationwide filed a Motion to Dismiss, Or, In the Alternative, Motion to Transfer. (ECF No. 13.) The Court previously granted Nationwide's unopposed motion for an extension of time to respond to the Motion to Vacate or Modify, setting the response due date as February 20, 2025. (ECF No. 22.) Nationwide now requests a stay of the briefing regarding the Motion to Vacate or Modify Arbitration Award pending the Court's decision on the Motion to Dismiss or Transfer. (ECF No. 19.) R.M. Bush filed a response in opposition to the Motion to Stay, focusing primarily on arguments relevant to the Motion to Dismiss or Transfer. (ECF No. 23.)

The Court finds that a stay of the briefing on R.M. Bush's Motion to Vacate or Modify Arbitration Award is appropriate given the circumstances and arguments raised in Nationwide's Motion to Dismiss or Transfer. If the case is transferred to a district court in the Eleventh Circuit, as Nationwide requests as alternative relief, the Parties may have to argue to a different standard

regarding the Motion to Vacate or Modify than they would argue to in this Circuit. The Court finds that R.M. Bush would not be prejudiced by a stay of the briefing on its Motion to Vacate or Modify while the Court decides whether to dismiss or transfer the case.

In the interest of efficiency and avoiding potentially wasteful briefing, the Court **GRANTS** Nationwide's Motion to Stay Briefing of Plaintiff's Motion to Vacate or Modify Arbitration Award. (ECF No. 19.) The briefing schedule regarding the Motion to Vacate or Modify Arbitration Award is **STAYED** until this Court issues a decision on Nationwide's Motion to Dismiss, Or, In the Alternative, Motion to Transfer. (ECF No. 13.)

This case remains open.

**IT IS SO ORDERED.**

**1/28/2025**　　　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**