**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **R. M. Bush & Company,** | | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:24-cv-04311** |
| | : | |
| **Nationwide Mutual Insurance Company,** | : | **Judge Edmund A. Sargus, Jr.** |
| | : | |
| | : | **Magistrate Judge Elizabeth A. Preston Deavers** |
| **Defendant.** | : | |

**DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR ADDITIONAL EXTENSION OF DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION TO TRANSFER**

Nationwide does not lightly oppose a request for an extension of time. But Bush's request is not one for an "extension of time"—it is request for a stay of briefing Nationwide's Motion to Dismiss disguised as a second request for extension.

After providing Bush one courtesy extension as his counsel requested, Nationwide opposes Bush's second extension request because Bush has failed to present good cause for staying briefing of Nationwide's Motion to Dismiss.

Nationwide promptly filed its Motion to Dismiss on January 13, 2025, which highlights the improper nature of this entire action and Bush's attempts to forum shop by not filing his Motion to Vacate in the Georgia federal court action he initiated in 2020. Under Local Rule 7.2, Bush had 21 days to respond, but he asked for an additional 14 days because "[s]imply put, Bush needs additional time to draft its opposition." (ECF 26.) Nationwide did not oppose the extension request as a matter of common professional courtesy to Bush's counsel. But Bush has now had over ***35 days*** to explain why he filed this lawsuit as opposed to continuing to litigate in Georgia federal court action he initiated. If counsel needed additional time due to scheduling constraints, Nationwide would, of course, work with

counsel on a reasonable extension. But the only reason given is that Bush expected a ruling on Nationwide's Motion to Seal Exhibits A through D by now, even though Bush sought and received his first extension ***before*** the Court denied Bush's original request to seal and ***before*** the Court ordered Nationwide to file a request to seal Exhibits A through D. (*See* ECF 33.) Bush also fails to explain why he cannot file an opposition to Nationwide's Motion to Dismiss under seal, pending a ruling from the Court on whether to seal the documents.[1]

Notably, the parties have formally notified the Georgia federal court that the arbitration panel issued a final award. (ECF 143, U.S. District Court Southern District of Georgia, Case No. 4:20-cv-00219-RSB-CLR.) The following day, on February 14, 2025, Bush moved the arbitration panel to modify the final award. Bush's request to stay briefing of Nationwide's Motion to Dismiss would cause undue delay.

No basis exists to further delay determination of Nationwide's Motion to Dismiss so that the Court may determine whether Bush must proceed in the Georgia federal court action as opposed to this one. Thus, Nationwide opposes Bush's second request for an extension. Bush should be ordered to immediately file his opposition, pursuant to the deadline he originally sought and received.

[1] Nationwide has concurrently filed its reply brief related to its Motion to Seal and indicated that based on Bush's representations related to the use of Exhibits A through D, Nationwide does not oppose publicly filing those documents, which renders moot Bush's basis for a stay of briefing Nationwide's Motion to Dismiss.

Respectfully submitted,

*/s/ Ali I. Haque*

Ali I. Haque (Ohio No. 0087860)
Kevin P. Zimmerman (Ohio No. 100560)
BakerHostetler LLP
200 Civic Center Drive
Columbus, Ohio 43215
Phone: (614) 228-1541
Fax: (614) 462-2616
Email: ahaque@bakerlaw.com
kzimmerman@bakerlaw.com

Elizabeth P. Kessler (Ohio No. 61730)
Jones Day
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
Email: ekessler@jonesday.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 19, 2025, a copy of the foregoing was filed using the Court's CM/ECF system, which will send notification of such filing to all registered counsel.

*/s/ Ali I. Haque*

Ali I. Haque (0087860)